Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN TUMINARO,** | ) Case No. 2:11-cv-04497-MMB |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| **PINNACLE FINANCIAL GROUP, INCORPORATED** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 12th day of December, 2011.

By:   s/Cynthia Z. Levin
      Cynthia Z. Levin, Esq. (PA 27050)
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

1  Filed electronically on this 12th day of December, 2011, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5
6  Notification sent on this 12th day of December, 2011, via the ECF system to:

7  Honorable Michael M. Baylson
   United States District Court
8  Eastern District of Pennsylvania

9
10 Notification sent electronically via U.S. Mail to:

11 Stanley R. Fish, Esq.
12 9301 Addington Place
   Powell, OH 43065
13
14 By: s/Cynthia Z. Levin
         Cynthia Z. Levin
15

16

17

18

19

20

21

22

23

24

25

26

27

28